IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL SMITH, | ) | 1:07at0153 |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

The instant action concerning a denial of Social Security benefits was filed on March 24, 2007, along with an application to proceed in forma pauperis.

Carl Smith is named as Plaintiff. However, in the application to proceed in forma pauperis, Mr. Smith's attorney, Charles D. Oren, indicates that Mr. Smith passed away on March 5, 2005, and signs the application on Mr. Smith's behalf. As Mr. Smith is deceased, he is not the proper plaintiff.

Accordingly, Mr. Oren is ORDERED TO SHOW CAUSE, within fifteen (15) days of the date of service of this order, why the action should not be dismissed for failure to name the proper party in place of Mr. Smith. If no response is received, the Court will recommend that this action be dismissed.

IT IS SO ORDERED.

Dated:   **March 27, 2007**            **/s/ Dennis L. Beck**
3b142a                                   UNITED STATES MAGISTRATE JUDGE

1