IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL SMITH, | ) | 1:07at0153 |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| | ) | |
| vs. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The instant action concerning a denial of Social Security benefits was filed on March 24, 2007, along with an application to proceed in forma pauperis. Carl Smith is named as Plaintiff. However, in the application to proceed in forma pauperis, Mr. Smith's attorney, Charles D. Oren, indicated that Mr. Smith passed away on March 5, 2005, and signs the application on Mr. Smith's behalf.

    In an order to show cause issued on March 29, 2007, the Court stated that because Mr. Smith was deceased, he was not the proper party. The Court issued an order to show cause why the action should not be dismissed for failure to name the proper party.

    Mr. Oren responded in writing on April, 10, 2007. He explained that Mr. Smith's mother, Flo Hebrard, became the substituted party at the administrative level after Mr. Smith died. Since the date of the Court's order to show cause, Mr. Oren has learned that Ms. Hebrard has passed away, as

1  well.  He now requests that the Court dismiss this action as there is no longer a party in interest.

2  Accordingly, pursuant to Mr. Oren's request, this action IS DISMISSED in its entirety.

3  IT IS SO ORDERED.

4  **Dated:   April 24, 2007**              /s/ **Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

2